```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 00825
   ERICA KAY WILLIAMS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-0873

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 02/11/2004 and was confirmed 05/06/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was paid in full 09/25/2007.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS        CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
GENERAL MOTORS ACCEPTANC  SECURED        7325.00         1894.37        7325.00
GENERAL MOTORS ACCEPTANC  UNSECURED      1405.81            .00          140.58
CAPITAL ONE BANK          FILED LATE      721.71            .00             .00
CITIBANK NA               UNSECURED     NOT FILED           .00             .00
DISCOVER FINANCIAL SERVI  UNSECURED      1871.55            .00          187.16
VERIZON VISA              UNSECURED     NOT FILED           .00             .00
ECAST SETTLEMENT CORP     UNSECURED      1846.67            .00          184.67
ECAST SETTLEMENT CORP     UNSECURED      2727.96            .00          272.80
ANDREW J MAXWELL          NOTICE ONLY   NOT FILED           .00             .00
MGM LAW OFFICES           DEBTOR ATTY    1,700.00                       1,700.00
TOM VAUGHN                TRUSTEE                                         637.40
DEBTOR REFUND             REFUND                                          258.02

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            12,600.00

PRIORITY                                          .00
SECURED                                      7,325.00
    INTEREST                                 1,894.37
UNSECURED                                      785.21
ADMINISTRATIVE                               1,700.00
TRUSTEE COMPENSATION                           637.40
DEBTOR REFUND                                  258.02
                   --------------          --------------
TOTALS             12,600.00                12,600.00




            PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 00825 ERICA KAY WILLIAMS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE